NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CYBERGENETICS CORP.,**
*Plaintiff-Appellant*

**v.**

**INSTITUTE OF ENVIRONMENTAL SCIENCE AND RESEARCH, NICHEVISION, INC.,**
*Defendants-Appellees*

---

2021-1113

---

Appeal from the United States District Court for the Northern District of Ohio in No. 5:19-cv-01197-SL, Judge Sara Lioi.

---

**JUDGMENT**

---

MARK MICHAEL SUPKO, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant.

SERGEY VERNYUK, Emerson Thomson Bennett, Akron, OH, argued for defendants-appellees.  Also represented by JOHN M. SKERIOTIS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 16, 2021          /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                             Clerk of Court